Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

*Attorneys for Plaintiff Hartford Life and Accident Insurance Company*

ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN. 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Tele: 559-478-4119 | Fax: 559-478-5939

*Attorneys for Defendant/Cross-Claimant Cross-Defendant Marilyne Valois*

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Tel: (415) 678-5050 | Fax: (415) 358-8484

*Attorneys for Defendant/Cross-Defendant and Cross-Claimant, HAILI KOWALSKI, Individually and on behalf of E.K.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HAILI KOWALSKI, individually and as Guardian for E.K.; MARILYNE VALOIS, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:21-cv-06469-SBA<br><br>**JOINT STIPULATION TO REPLACE ECF DOCUMENT NO. 26-1, IMPROPERLY FILED WITH AN EXHIBIT WITHOUT REDACTIONS, WITH A VERSION WITH THE EXHIBIT PROPERLY REDACTED, OR IN THE ALTERNATIVE TO SEAL EXHIBIT "A" OF ECF DOCUMENT NO. 26-1; AND ORDER; as modified.** |

| | |
|---|---|
| AND RELATED CROSS-CLAIMS. | Date: February 9, 2021<br>Time: 2:00 p.m.<br>Judge: Saundra Brown Armstrong<br>Location: 1301 Clay Street, Oakland, California |

Plaintiff HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, Defendant/Cross-Claimant/Cross-Defendant MARILYNE VALOIS ("Valois") and Defendant/Cross-Defendant Defendant/Cross-Claimant HAILI KOWALSKI (collectively, the "Parties"), hereby stipulate and agree, and request that the Court order, as follows:

WHEREAS, on December 14, 2021, Valois filed her Notice and Motion to: (1) Dismiss Cross-Claim of Defendants Haili Kowalski, Individually and as Guardian for E.K.; and (2) Strike Portions of the Cross-Claim, ECF. Doc. No. 26, and supporting documents, ECF Doc. No. 26-1.

WHEREAS, with her motion, Valois also filed the Memorandum of Points and Authorities with Exhibit "A," attached thereto, ECF Doc. No. 26-1.

WHEREAS, the Memorandum of Points and Authorities, ECF Doc. No. 26-1, included one attached Exhibit numbered A.

WHEREAS, Exhibit No "A" contains confidential information, which should have been redacted: the name and date of birth of Kowalski's minor child, was inadvertently not redacted but should have been redacted pursuant to F.RC.P. Rule 5.2.  The information which should have been redacted prior to filing are at:

    A.   Page 23 of Doc. 26-1, Exhibit "A":  minor child's name and date of birth.

    B.   Page 24 of Doc. 26-1, Exhibit "A": minor child's name and date of birth.

WHEREAS, Valois attaches to this Stipulation, the same points and authorities with a properly redacted copy of Exhibit "A" to the Memorandum of Points and Authorities in Support Of Defendant/Cross-Claimant/Cross-Defendant

1  Marilyne Valois' Motion To: (1) Dismiss Cross-Claim of Defendants Haili
2  Kowalski, Individually And As Guardian For E.K.; And (2) Strike Portions of the
3  Cross-Claim (herein after "MPA"), previously filed as ECF Doc. No. 26-1, and
4  containing Exhibit "A."  The attached copy includes a properly redacted version
5  of Exhibit "A."

6      THEREFORE, the parties hereby stipulate that:

7      1.    The MPA, currently accessible by the public as ECF Doc. 26-1, be
8  replaced with the same document with a properly redacted version of Exhibit "A,"
9  attached hereto.

10      2.    Alternatively, the parties agree that if ECF Doc. 26-1, cannot be
11  replaced with the attached, the Court should seal Exhibit "A" to ECF Doc. 26-1,
12  so that the sensitive information is no longer accessible by the public.

13      Good cause exists to replace or seal Exhibit "A" to ECF. Doc. 26-1,
14  because it was inadvertently filed without redactions required by F.R.C.P. Rule
15  5.2.  The strong presumption of public access in civil cases is overcome by a
16  minor children's interest in the protection of the confidential and sensitive
17  information. F.R.C.P. Rule 5.2.

18      The parties respectfully request the Court to approve this stipulation and to
19  grant the relief requested by the parties and the proposed order filed herewith.

20  DATED:  February 3, 2022     BURKE, WILLIAMS & SORENSEN, LLP

22  BY: /s/ Keiko J. Kojima
23      Keiko J. Kojima, Esq.
        *Attorneys For Plaintiff Hartford Life*
        *and Accident Insurance Company*

DATED:  February 3, 2022          ERISA LAW CENTER

                                  By: */s/ Robert J. Rosati*
                                  Robert J. Rosati, Esq.
                                  *Attorney for Defendant/Cross-Claimant/*
                                  *Cross-Defendant Marilyne Valois*

DATED:  February 3, 2022          DL LAW GROUP

                                  BY: */s/ David M. Lilienstein*
                                  David M. Lilienstein, Esq.
                                  Email: David@Dllawgroup.com
                                  345 Franklin St.
                                  San Francisco, Ca 94102
                                  Telephone: (415) 678-5050
                                  Facsimile: (415) 358-8484
                                  *Attorneys For Defendant/Cross-*
                                  *Defendant/Cross-Claimant,*
                                  *Haili Kowalski*

### MODIFIED [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION

Having read and considered the Joint Stipulation to Replace ECF Doc. No. 26-1, and good cause appearing thereof, IT IS HEREBY ORDERED THAT:

Document No. 26-1, Memorandum of Points and Authorities In Support Of Defendant/Cross-Claimant/Cross-Defendant Marilyne Valois' Motion To: (1) Dismiss Cross-Claim of Defendants Haili Kowalski, Individually and as Guardian For E.K.; And (2) Strike Portions of the Cross-Claim) shall be permanently sealed.

Defendant/Cross-Claimant/Cross-Defendant Marilyne Valois shall separately file the properly redacted version of Dkt. 26-1 (attached to the Joint Stipulation at Dkt. 32) forthwith.

This order terminates Dkt. 32.

4                                  Case No. 4:21-cv-06469-SBA

**JOINT STIPULATION TO REPLACE ECF DOCUMENT NO. 26-1, IMPROPERLY FILED WITH AN EXHIBIT WITHOUT REDACTIONS, WITH A VERSION WITH THE EXHIBIT PROPERLY REDACTED, OR IN THE ALTERNATIVE TO SEAL EXHIBIT "A" OF ECF DOCUMENT NO. 26-1**

**IT IS SO ORDERED.**

Dated: 3/2/2022

_____  __/s/ Saundra B. Armstrong__ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Court