UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>HAILI KOWALSKI, individually and as Guardian for E.K.; MARILYNE VALOIS, individually; and DOES 1-10, inclusive,<br><br>　　Defendants.<br><br>MARILYNE VALOIS, individually,<br><br>　　Cross-Claimant-Defendant,<br><br>v.<br><br>HAILI KOWALSKI, individually and as Guardian for E.K.,<br><br>　　Cross-Claimant-Defendant. | Case No. 3:21-cv-06469-RS<br><br>**ORDER GRANTING STIPULATION RELATED TO THE MOTION FOR SUMMARY ADJUDICATION DEADLINES AND ISSUES RELATED THERETO AS MODIFIED BY THE COURT** |

Pursuant to the Parties' stipulation, and good cause appearing, the Court orders the Parties brief the sole issue of whether the LSA is deemed a QDRO and adopts the following modified briefing schedule and hearing date:

- Last day to file Cross-Motions for Summary Judgment/Adjudication: July 14, 2023;
- Last day to file Responsive Briefs: August 3, 2023;
- Summary Judgment/Adjudication Hearing set: August 17, 2023 at 1:30 p.m.;
- Further Case Status Conference Hearing set for July 20, 2023 at 10:00 a.m.;

The Court further orders that the timing of any additional motion for summary adjudication regarding the undue influence claim, if necessary, be discussed at the case management conference set on August 24, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 7/5/2023

_____
CHIEF JUDGE RICHARD SEEBORG