UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>    v.<br><br>HAILI KOWALSKI, et al.,<br><br>           Defendants. | Case No. 21-cv-06469-RS<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

Haili Kowalski filed a proposed judgment in this matter after prevailing on summary judgment. Marilyne Valois objected to Kowalski's proposed judgment on the following grounds: (1) Kowalski's undue influence claim against Valois remains,[1] (2) the proposed judgment does not sufficiently safeguard the minor claimant's interests because it does not require the proceeds to be deposited into a blocked account, and (3) the proposed judgment wrongly suggests attorney fees may be collected.

Kowalski is ordered to submit supplemental briefing within two weeks of this order (by October 24, 2023) responding to these objections. In particular, Kowalski should address whether the undue influence claim is now moot given the resolution of the parties' summary judgment motions, whether the funds should properly be deposited in a blocked account, and whether attorney fees are available to either party.

---

[1] Valois appears to be arguing Kowalski retains a pending undue influence claim against her, despite the fact Kowalski has already been deemed to be entitled to the proceeds of the life insurance policy.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
RICHARD SEEBORG
Chief United States District Judge