1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Plaintiff,

v.

HAILI KOWALSKI, et al.,

Defendants.

Case No. 21-cv-06469-RS

**JUDGMENT**

On August 22, 2023, Co-Defendant and Cross-Claimant Haili Kowalski's motion for summary judgment was granted and Co-Defendant and Cross-Claimant Marilyne Valois' motion for summary judgment was denied. Subsequently, the parties provided briefing regarding whether it would be appropriate for judgment to be entered. Valois objected to Kowalski's proposed judgment on three bases: (1) Kowalski's undue influence claim was not yet resolved, (2) provision had to be made for the interpleaded funds to be deposited into a blocked account, and (3) neither party could request attorney fees from the opposing party under the relevant statute. Kowalski, in supplemental briefing, responded that the undue influence issue is now moot given that she prevailed on summary judgment, requested that this Court retain possession of the interpleaded funds until the resolution of any potential appeal, and represented she would not be seeking attorney fees from Valois.

Since Kowalski prevailed on her summary judgment motion, her undue influence claim is dismissed as moot. There are no remaining claims in this action. Kowalski is not yet seeking disbursement of funds and will not be seeking attorney fees, and, therefore, neither of Valois' objections to the entry of judgment on these fronts are implicated. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Kowalski and against Valois.

Per Kowalski's request, the interpleaded funds will not be disbursed until any potential appeal is resolved.

**IT IS SO ORDERED.**

Dated: October 30, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

2